# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 10-620-15 |
| SHYHEEM DAVIS | : |

## ORDER

AND NOW, this 10th day of April, 2014, upon consideration of the Government's Motion to Dismiss Count Forty of the superseding indictment pursuant to the agreement between the government and Shyheem Davis, it is hereby **ORDERED** that Count Forty is hereby dismissed.

BY THE COURT:

_____
HONORABLE LAWRENCE F. STENGEL
*Judge, United States District Court*